# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125250(60)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

NICHOLAS JAMES JACKSON,
          Defendant-Appellee/ant.

_____

SC: 125250
COA: 242050
Oakland CC: 01-177534-FC

On order of the Chief Justice, the motion by Wayne County Prosecutor for leave to participate in oral argument as *amicus curiae* is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2005

_____
Clerk

cc101105